MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: PEARL, JODI

Chapter 7 Case No. 09-30169-GFK

Please Check One:

[X]    Unclaimed Dividends

[ ]    Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| GURSTEL, STALOCH & CHARGO, P.A.<br>401 N 3RD ST, STE 590<br>MINNEAPOLIS MN 55401 | 3 | 7,341.88 | 3,062.38 |

Date: July 1, 2010

Michael J. Iannacone, TRUSTEE

#2421

RECEIVED 10 JUL -2 AM 9:38